```
1  JAMES R. MCGUIRE (Bar No. 189275)
   MORRISON & FOERSTER LLP
2  425 Market Street
   San Francisco, California 94105-2482
3  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
4  e-mail: jmcguire@mofo.com
   Attorneys for Plaintiff
5  ALSTOM POWER INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALSTOM POWER INC., <br><br> Plaintiff, <br><br> v. <br><br> JUDE ENGINEERING INC., d/b/a CHRISTIAN ENGINEERING, and UNICO SERVICES, INC., <br><br> Defendants. | No. C 00-03763 VRW ARB <br><br> **STIPULATION OF DISMISSAL** |

*IT IS SO ORDERED*
[signature]
Judge Vaughn R Walker
Dated: 7/13/06

**STIPULATION OF DISMISSAL**
Case No. C 00-03763 VRW ARB
sf-2159915

| | |
|---|---|
| 1 | **STIPULATION OF DISMISSAL** |
| 2 | Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through their |
| 3 | undersigned counsel, hereby stipulate that the above-captioned action be and hereby is dismissed |
| 4 | with prejudice.  The parties shall bear their own costs and attorneys' fees. |
| 5 | Dated: July //, 2006     MORRISON & FOERSTER LLP |
| 6 | |
| 7 | By: /s/ James R. McGuire |
| 8 | JAMES R. McGUIRE<br>Attorneys for Plaintiff<br>ALSTOM POWER, INC. |
| 9 | Dated: July ___, 2006     TOBIN & TOBIN |
| 10 | |
| 11 | By: _____ |
| 12 | JOHN CHRISTIAN<br>Attorneys for Defendant<br>JUDE ENGINEERING, INC. |
| 13 | Dated: July ___, 2006     MILLER, STARR & REGALIA |
| 14 | |
| 15 | By: _____ |
| 16 | MARK A. CAMERON<br>Attorneys for Defendant<br>UNICO SERVICES, INC. |

**STIPULATION OF DISMISSAL**       1
Case No. C 00-03763 VRW ARB
sf-2159915

1  **STIPULATION OF DISMISSAL**

2  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through their
3  undersigned counsel, hereby stipulate that the above-captioned action be and hereby is dismissed
4  with prejudice. The parties shall bear their own costs and attorneys' fees.

5  Dated: July ___, 2006                MORRISON & FOERSTER LLP

7                                        By: _____
                                             JAMES R. McGUIRE
8                                            Attorneys for Plaintiff
                                             ALSTOM POWER, INC.

9  Dated: July ___, 2006                TOBIN & TOBIN

11                                       By: _____
                                             JOHN CHRISTIAN
12                                           Attorneys for Defendant
                                             JUDE ENGINEERING, INC.

13 Dated: July _11_, 2006               MILLER, STARR & REGALIA

15                                       By: _____
                                             MARK A. CAMERON
16                                           Attorneys for Defendant
                                             UNICO SERVICES, INC.

STIPULATION OF DISMISSAL                     1
Case No. C 00-03763 VRW ARB
sf-2159915

| | |
|---|---|
| 1 | **STIPULATION OF DISMISSAL** |
| 2 | Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, through their |
| 3 | undersigned counsel, hereby stipulate that the above-captioned action be and hereby is dismissed |
| 4 | with prejudice. The parties shall bear their own costs and attorneys' fees. |

Dated: July ___, 2006   MORRISON & FOERSTER LLP

By: _____
JAMES R. McGUIRE
Attorneys for Plaintiff
ALSTOM POWER, INC.

Dated: July _11_, 2006   TOBIN & TOBIN

By: _____
JOHN CHRISTIAN
Attorneys for Defendant
JUDE ENGINEERING, INC.

Dated: July ___, 2006   MILLER, STARR & REGALIA

By: _____
MARK A. CAMERON
Attorneys for Defendant
UNICO SERVICES, INC.

**STIPULATION OF DISMISSAL**
Case No. C 00-03763 VRW ARB
sf-2159915

1